# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00033-CR

**Paul Thomas Hughes, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT
### NO. 8495, HONORABLE JOE CARROLL, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Two days before appellant Paul Hughes submitted his brief in this appeal, the Texas Court of Criminal Appeals issued *Bowen v. State*, 374 S.W.3d 427 (Tex. Crim. App. 2012). We request supplemental briefing from the parties on what effect, if any, *Bowen*'s sufficiency-of-the-evidence analysis has on our disposition of this appeal. 374 S.W.3d at 431–32. The appellant should file his brief no later than March 29, 2013. The State's response will be due within thirty (30) days of the filing of the appellant's brief.

It is so ordered this 27th day of February 2013.

Before Justices Puryear, Pemberton, and Field.